# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
GUARDIANSHIP OF THE PERSON AND
ESTATE OF MELBA MORRIS, AN
ADULT PROTECTED PERSON.

No. 83019

SPRING VALLEY HOSPITAL,
                Appellant,
        vs.
KARYN SMITH, NYE COUNTY PUBLIC
GUARDIAN; IRENE SANZARE, DEPUTY
NYE COUNTY PUBLIC GUARDIAN;
MELBA MORRIS; AND PATRICK
KNORR, A/K/A. PATRICK KNOLL,
                Respondents.

FILED

SEP 1 4 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a renewed petition for the appointment of the Nye County Public Guardian as a general guardian of the person and estate and for issuance of letters of guardianship. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

This court previously ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant and certain respondents have now filed a stipulation to dismiss this appeal. Because the stipulation is not signed by all parties, it is treated and granted as a motion to voluntarily dismiss this appeal. NRAP 42. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, C.J.

SUPREME COURT
OF
NEVADA

(O) 1947A

21-26556

cc:    Hon. Kimberly A. Wanker, District Judge
Lansford W. Levitt, Settlement Judge
Gerrard Cox Larsen
Nye County District Attorney
David H. Neely, III
Melba Morris
Patrick Knorr
Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2